**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NORMAN HOEWISCHER, individually,

        Plaintiff,

vs.                                   Case No. 3:11-cv-1089-J-32MCR

LEM TURNER ROAD JACKSONVILLE,
LLC, a Florida limited liability company,

        Defendant.

## ORDER

Upon review of the parties' Joint Stipulation of Dismissal (Doc. 27), this case is dismissed with prejudice, each party to bear its own attorneys costs and fees. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of October, 2012.

                                                TIMOTHY J. CORRIGAN
                                                United States District Judge

em
Copies to:
Counsel of Record